RICHARD J. WEINACHT, Sr., PLAINTIFF-RESPONDENT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BERGEN, NEW JERSEY, DEFENDANT-PETITIONER.

See same case below: 3 *N. J. Super.* 174.

*Mr. Millon T. Lasher* for the petitioner.

*Messrs. Haines, Chanalis, Lynch & Maloney* for the respondent.

September 19, 1949.   Granted.

LEO BRUCK, STATUTORY RECEIVER, ETC., PLAINTIFF-PETITIONER, v. THE CREDIT CORPORATION, DEFENDANT RESPONDENT.

See same case below: 3 *N. J. Super.* 177.

*Mr. Harry G. Cohen* and *Mr. Abe W. Wasserman* for the petitioner.

*Mr. Charles Blume* for the respondent.

September 19, 1949.   Granted.